UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FREDDIE LAMONT FOURCHA**                         CIVIL ACTION

versus                                              NO. 12-2231

**RAYBURN CORRECTIONAL CENTER, ET AL.**            SECTION: "H"(5)

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that Plaintiff's complaint under 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 7th day of November, 2012.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE